# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| HEATH HARWELL AND ETHEL FREEMAN <br><br> *Plaintiff* <br> v. <br> CITY OF MOUNT JULIET, A TENNESSEE MUNICIPAL CORPORATION <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3 16 2374 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VIA PERSONAL SERVICE UPON
ED HAGERTY, MAYOR IN HIS OFFICIAL CAPACITY FOR
CITY OF MOUNT JULIET, A TENNESSEE CORPORATION
2425 NORTH MOUNT JULIET ROAD
MOUNT JULIET, TENNESSEE 37122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
BRANSTETTER STRANCH AND JENNINGS, PLLC
THE FREEDOM CENTER
223 ROSA L. PARKS AVENUE, SUITE 200
NASHVILLE, TN 37203
BENJAMIN A. GASTEL, (BPR #28699)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: SEP - 2 2016

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: